# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Myron W Donnelly,<br><br>    Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Co.,<br><br>    Defendant. | No. 17-CV-00461-TUC-FRZ<br><br>**ORDER** |

Plaintiff has filed a motion to dismiss the State of Arizona as a defendant in this case — with prejudice. *See* Doc. 9.

Accordingly, IT IS ORDERED that all claims against the State of Arizona are dismissed *with* prejudice and the Clerk of the Court remove the State of Arizona as a party to this case.

Dated this 20th day of November, 2017.

_____
Honorable Frank R. Zapata
Senior United States District Judge